7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Douglas A Pilkinton – BELOW MED
*Debtor*

*Bankruptcy Case No.*
14–60396–abf13

**Douglas A Pilkinton**
    Plaintiff(s)

*Adversary Case No.*
14–06019–abf

v.

**Residential Credit Solutions**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That judgment is hereby entered in favor of the Plaintiff Douglas A. Pilkinton, and against Defendant, Residential Credit Solutions, Inc., in accordance with Document No. 8, Order of the Court Granting Default Judgment.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 8/20/14

Court to serve